**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendants, *DANIEL SCHWARTZ*

### UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) 2:15 CR-00339-GMN-GWF<br>vs. )<br>)STIPULATION AND [PROPOSED<br>DANIEL SCHWARTZ. )ORDER] TO MODIFY CONDITIONS<br>)OF PRETRIAL RELEASE AS TO<br>Defendants. )DEFENDANT DANIEL SCHWARTZ<br>) | |

**IT IS HEREBY STIPULATED and AGREED** by and between Jared Grimmer, United States Attorney, and Richard A. Schonfeld, counsel for Defendant, Daniel Schwartz, that Mr. Schwartz's Pretrial Release conditions be modified as follows:

1. That the previously imposed condition of Drug Testing be removed.

2. All other conditions that exist at this time will remain unchanged.

3. Pretrial Services Officer Cotton does not object to this modification.

**DATED** this 30th day of September, 2016.

| UNITED STATES ATTORNEY | ATTORNEY FOR DEFENDANT |
|---|---|
| /s/ Jared Grimmer | /s/ Richard A. Schonfeld |
| **JARED GRIMMER, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| Assistant United States Attorney | Nevada Bar No. 6815 |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 S. Fourth Street, 2nd Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| | Attorney for Defendant |

## ORDER

The matter having come before the court on the Stipulation of the parties with no objection from Pretrial Services, and good cause appearing, the Stipulation to Modify Conditions of Pretrial Release is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant, Daniel Schwartz' Pretrial Release conditions shall be modified as follows:

1. That the previously imposed condition of Drug Testing be removed.
2. All other conditions that exist at this time will remain unchanged.

**DATED** this 30th day of September, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

  /s/
_____
**RICHARD A. SCHONFELD, ESQ.**